UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

       Plaintiff,

-vs-

**ANGEL FOUNTAIN.**

       Defendant.

Case No. 18-20374

Honorable SEAN F. COX

_____/

| United States Attorney | **Haddad Law Firm, PLC** |
|---|---|
| By: Andrew Lievense (P68925) | By: Issa G. Haddad (P71699) |
| Assistant United States Attorney | Attorney for Defendant |
| Attorney for Plaintiff | 30600 Telegraph Suite 3150 |
| 211 W. Fort St, Suite 2001 | Bingham Farms, Michigan 48205 |
| Detroit, MI 48226 | 248-633-8500 fax 248-633-8484 |
| 313-226-9665 | issa@haddlaw.com |
| Andrew.lievense@usdoj.gov | |

_____/

## ORDER GRANTING MOTION TO WITHDRAW

The parties having appeared for the motion on July 11, 2018, and the court being fully advised in the premise:

IT IS HEREBY ORDERED THAT Issa G. Haddad's motion to withdraw as counsel of record for Defendant Angel Fountain is granted.

IT IS FURTHER ORDERED that the Court will hold a status conference in this matter on **Friday, July 27, 2018 at 11:00 a.m.**

IT IS FURTHER ORDERED that the time between July 11, 2018, and the date of the status conference with new counsel is excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).  This Court finds that the ends of justice served by this delay

outweigh the best interest of the defendant and the public in a speedy trial.


Dated:  July 12, 2018                                        s/Sean F. Cox
                                                             Sean F. Cox
                                                             U. S. District Judge


I hereby certify that on July 12, 2018, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                                             s/Jennifer McCoy
                                                             Case Manager

Haddad Law Firm. PLC.

2